1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797



FILED
NOV 20 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:08-CR-0543 FCD

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | VIOLATIONS: 21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Manufacture at Least 1000 Plants of Marijuana; 21 U.S.C. § 841(a)(1)- Manufacturing at Least 1000 Plants of Marijuana; 21 U.S.C. § 841(a)(1)- Manufacturing at Least 100 Plants of Marijuana |
| v. | |
| TIAN BAO GUO, ZHI DING, YONG DING, JIMMY HUNG AU, ZHEN SHU PANG, XIAOGUO SONG, ERIC YOU PANG, MAGGIE LUONG, ZU DONG LUO, DONG SONG, and JULIAN SONG, | |
| Defendants. | |

I N D I C T M E N T

COUNT ONE:   [21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Manufacture at Least 1000 Plants of Marijuana]

The Grand Jury charges:   T H A T

TIAN BAO GUO,
ZHI DING,
YONG DING,
JIMMY HUNG AU,
ZHEN SHU PANG,
XIAOGUO SONG,

1

1  ERIC YOU PANG,
2  MAGGIE LUONG,
   ZU DONG LUO,
   DONG SONG, and
3  JULIAN SONG,

4  defendants herein, beginning on a date unknown to the Grand Jury,
5  but no later than on or about April 11, 2007, and continuing until
6  on or about September 17, 2008, in the City of Elk Grove, State and
7  Eastern District of California, did conspire with each other and
8  with other persons both known and unknown to the Grand Jury, to
9  knowingly and intentionally manufacture at least 1,000 plants of
10 marijuana, a Schedule I controlled substance, in violation of Title
11 21, United States Code, Sections 846 and 841(a)(1).

12 COUNT TWO:   [21 U.S.C. § 841(a)(1) - Manufacturing at Least 1000
                Plants of Marijuana]
13

14      The Grand Jury further charges:  T H A T

15                      YONG DING,
                    MAGGIE LUONG, and
16                      JULIAN SONG,

17 defendant herein, between on or about April 11, 2007, and on or
18 about September 17, 2008, in the City of Elk Grove, State and
19 Eastern District of California, did knowingly and intentionally
20 manufacture at least 1000 plants of marijuana, a Schedule I
21 controlled substance, in violation of Title 21, United States Code,
22 Section 841(a)(1), and Title 18, United States Code, Section 2.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

COUNT THREE:   [21 U.S.C. § 841(a)(1) - Manufacturing at Least 100 Plants of Marijuana]

  The Grand Jury further charges:   T H A T

TIAN BAO GUO,
ZHI DING,
JIMMY HUNG AU,
ZHEN SHU PANG,
ERIC YOU PANG,
XIAOGUO SONG,
ZU DONG LUO, and
DONG SONG,

defendants herein, between on or about April 11, 2007, and on or about September 17, 2008, in the City of Elk Grove, State and Eastern District of California, did knowingly and intentionally manufacture at least 100 plants of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

                                    A TRUE BILL.

                              /s/ Signature on file w/AUSA
                              ─────────────────────────────
                              FOREPERSON

/s/ MWA
─────────────────────────────
McGREGOR W. SCOTT
United States Attorney

3

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

THE UNITED STATES OF AMERICA

vs.

TIAN BAO GUO,
ZHI DING,
YONG DING,
JIMMY HUNG AU,
ZHEN SHU PANG,
XIAOGUO SONG,
ERIC YOU PANG,
MAGGIE LUONG,
ZU DONG LUO,
DONG SONG, and
JULIAN SONG

2 08 - CR - 0 5 4 3 FCD

---

## INDICTMENT

**VIOLATION(S):**

21 U.S.C. §§ 846 and 841(a)(1) – Conspiracy to Manufacture at Least 1000 Plants of Marijuana; 21 U.S.C. § 841(a)(1)- Manufacturing at Least 1000 Plants of Marijuana; 21 U.S.C. § 841(a)(1)- Manufacturing at Least 100 Plants of Marijuana

---

*A true bill,*

/S/

Foreman.

---

Filed in open court this ____20____ day

of __NOVEMBER__, A.D. 20 _08_

_____
Clerk.

Bail, $ _All Defendants:_  **WARRANT: NO BAIL PENDING HEARING**

_Dale A. Drozd_

---

GPO 863 525

## PENALTY SLIP

**DEFENDANT:**

| | |
|---|---|
| TIAN BAO GUO | Counts 1 and 3 |
| ZHI DING | Counts 1 and 3 |
| YONG DING | Counts 1 and 2 |
| JIMMY HUNG AU | Counts 1 and 3 |
| ZHEN SHU PANG | Counts 1 and 3 |
| XIAOGUO SONG | Counts 1 and 3 |
| ERIC YOU PANG | Counts 1 and 3 |
| MAGGIE LUONG | Counts 1 and 2 |
| ZU DONG LUO | Counts 1 and 3 |
| DONG SONG | Counts 1 and 3 |
| JULIAN LAM SONG | Counts 1 and 2 |

**COUNT ONE**
**VIOLATION:** 21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Manufacture Over 1000 Plants of Marijuana

**PENALTY:** At least 10 years imprisonment, and up to life imprisonment,
$4,000,000 fine,
At least 5 years supervised release.

**COUNT TWO**
**VIOLATION:** 21 U.S.C. § 841(a)(1) - Manufacturing Over 1000 Plants of Marijuana

**PENALTY:** At least 10 years imprisonment, and up to life imprisonment,
$4,000,000 fine,
At least 5 years supervised release.

**COUNT THREE**
**VIOLATION:** 21 U.S.C. § 841(a)(1) - Manufacturing Over 100 Plants of Marijuana

**PENALTY:** At least 5 years imprisonment, and up to 40 years imprisonment,
$2,000,000 fine,
At least 4 years supervised release.

**PENALTY ASSESSMENT:** $100 assessment for each count

2 08 - CR - 0 5 4 3 FCD