UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



**FILED**

MAY **2 1** 2009

United States Probation Office



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

---

## INTEROFFICE MEMORANDUM

---

**TO:** Shani Furstenau, Courtroom Clerk
of the Honorable Garland E. Burrell, Jr.

**FROM:** Jeffrey C. Oestreicher
United States Probation Officer

**DATE:** May 21, 2009

**SUBJECT:** **DING, Yong**
**Docket Number: 2:08CR00543-03**
**JUDGMENT AND SENTENCING CONTINUANCE**

---

The above matter is scheduled for judgment and sentencing on June 26, 2009. The U.S. Probation Officer will be unavailable on that date, due to a training conference. All parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | _July 10, 2009 @ 9:00 AM_ |
| Reply, or Statement of Non-Opposition | _July 2, 2009_ |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | _June 26, 2009_ |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | _June 19, 2009_ |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than: | _June 12, 2009_ |
| The proposed Presentence Report shall be disclosed to counsel no later than: | _Previously Disclosed May 15, 2009_ |

**Reviewed by:** _____
**LINDA L. ALGER**
**Supervising United States Probation Officer**

cc: Michael Beckwith, Assistant United States Attorney
Chris Haydn-Myer, Defense Counsel