CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
Yong Ding

**FILED**
JAN 1 4 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**LODGED**
JAN 1 4 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. S-08-543 |
| Plaintiff, | [~~PROPOSED~~] ORDER TO SEAL MOTION FOR RELEASE ON ELECTRONIC MONITOR |
| v. | |
| YONG DING, | COURT: Hon. Dale A. Drozd |
| Defendant. | |

## I. INTRODUCTION AND STATEMENT OF FACTS

Mr. Ding was arrested on September 17, 2008, and has remained in custody since that date. Mr. Ding's arrest was for charges stemming from the conspiracy to manufacture marijuana plants in violation of 21 U.S.C. sections 846 and 841(a)(1).

On April 3, 2009, Mr. Ding pled guilty, and a Presentence Investigation Report (PSR) was prepared. The PSR found that Mr. Ding has a criminal history score of 0, and that his guideline range is 18 to 24 months. The PSR recommends 18 months, but counsel is under the belief

that Mr. Ding's actual low end is 24 months.

**II. ARGUMENT**

For the reasons set forth in Mr. Ding's Motion for Release on Electronic Monitor, counsel requests that the Motion be Filed Under Seal.

Dated: January 14, 2010

                        Respectfully submitted,

                        /s/ Christopher Haydn-Myer

                        CHRISTOPHER HAYDN-MYER
                        Attorney for Defendant
                        YONG DING

### **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that Ding's Motion for Release on Electronic Monitor be Filed Under Seal.

DATED: _January 14_, 2010

                        HON. DALE A. DROZD
                        United States District Court Judge

2